TITLE GUARANTEE & TRUST COMPANY, as Assignee Trustee of the Rents, etc., of the Premises of the Real Estate Board of New York Building Co., Inc., at 10–12–14 East 41st Street, New York City, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

Argued May 20, 1943; decided June 18, 1943.

*Harold J. Treanor, Hugh B. Archer* and *James W. Scott* for appellant.

*Robert H. Schaffer, Acting Corporation Counsel* (*Raymond Herzog* and *Sol Charles Levine* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.